JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **ANN WOODSON EASLEY,** | ) | **NO. CV 22-7815 DSF (KS)** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **JUDGMENT** |
| | ) | |
| **POLICE CHIEF MICHAEL R.** | ) | |
| **MOORE, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED:  March 29, 2023

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE